JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT AIKINS,<br>Petitioner,<br>v.<br>A. BLYTHE,<br>Respondent. | Case No. 2:26-cv-04432-CV (SK)<br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Action, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2254 is dismissed without prejudice.

DATED: 8/25/26

Cynthia Valenzuela

CYNTHIA VALENZUELA
United States District Judge